IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| MACE'LISA PUIG | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Serve: United States Attorney General | ) |
| Assistant Attorney General | ) |
| for Administration | ) |
| Justice Management Division | ) |
| United States Department of Justice, | ) |
| 950 Pennsylvania Avenue, | ) |
| NW Washington, DC 20530, | ) |
| | ) |
| and, | ) |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Serve: United States Attorney for the | ) |
| Western District of Missouri | ) |
| Civil Process Clerk | ) |
| 400 E 9th, Suite 550, | ) |
| Kansas City, MO 64106, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW Plaintiff Mace'Lisa Puig ("Puig"), by and through her attorneys, and hereby alleges the following claims against Defendant The United States of America:

## INTRODUCTION

1. Plaintiff Mace'lisa, (Plaintiff Puig), is a citizen of the State of Missouri residing in Kansas City, Missouri.

2. Plaintiff Puig brings this complaint against the United Stated of America pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §1346(b).

3. Plaintiff Puig has exhausted her claims by filing the required claim forms with the Defendant which Defendant has not responded to. See Ex. 1 – Plaintiff's Administrative Claim; and Ex. 2 – Defendant's Acknowledgment of Receipt.

4. This action seeks damages for injuries to Plaintiff's caused by United States Postal Service ("USPS") driver Lucas McCollum ("McCollum") on August 20, 2024 when he suddenly and without warning performed a U-turn in his USPS vehicle and collided with Plaintiff's vehicle in Kansas City, Missouri.

## JURISDICTION AND VENUE

5. This court has jurisdiction over these claims against the United States for money damages pursuant to 28 U.S.C. §1402(b).

6. The acts and omissions giving rise to these claims occurred in the Western District of Missouri, Kansas City Division; therefore, venue is proper under 28 U.S.C. §1402(b).

## ALLEGATIONS

7. Plaintiff refers to and incorporates all previous paragraphs by reference.

8. The USPS driver McCollum had a duty to operate his USPS vehicle with the highest degree of care.

9. McCollum was breached his duties and was negligent in the following ways:

   a. McCollum drove his USPS vehicle into Plaintiff's vehicle;

   b. McCollum failed to yield the right of way;

   c. McCollum failed to keep a careful lookout;

   d. McCollum performed an illegal and dangerous U-turn;

   e. McCollum crossed into a lane occupied by Plaintiff; and

   f. McCollum drove his vehicle too fast for conditions.

10. As a direct and proximate result of McCollum's negligent breaches of duty, a crash occurred and Plaintiff was injured.

11. Plaintiff required and continues to require medical care and treatment for the injuries she sustained in the collision.

12. Plaintiff experienced and continues to experience neck, back, and shoulder injuries and pain to a degree that it interferes with her daily activities.

13. Plaintiff's injuries have significantly and negatively impaired her enjoyment of life and reduced her ability to engage in basic activities of daily living.

14. Plaintiff's injuries and damages were directly and proximately caused by McCollum and Defendant.

15. Plaintiff now seeks damages for her personal injuries, including past and future medical expenses and past and future pain and suffering and loss of enjoyment of life.

16. Under the Federal Torts Claims Act, Defendant United States of America is liable for damages suffered by Plaintiff resulting from or aggravated by the collision with McCollum, the driver of the USPS vehicle acting in the course and scope of his employment with the USPS and the United States of America.

WHEREFORE Plaintiff asks that this Court enter judgment on her behalf and against Defendant and award her damages for her injuries, her past and future medical care and expenses, past and future pain and suffering and mental anguish, pre-judgment and post-judgment interest, and any further relief that the Court deems just and appropriate.

Respectfully submitted,

**THE BRUNING LAW FIRM, LLC**

*/s/Dominic W. Sinclair*
Dominic W. Sinclair, 74160MO
Kevin D. Lane, 66027MO (PRO HAC VICE PENDING)
555 Washington Ave, Suite 600
St. Louis, MO 63101
Tel: (314) 218-2776
Fax: (314) 735-8020
Jamie@bruninglegal.com
Kevin.lane@bruninglegal.com
***Attorneys for Plaintiff***